United States Court of Appeals
Fifth Circuit

**F I L E D**

**October 24, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 05-31147
Conference Calendar

_____

ANTHONY LEON GREENHILL,

                              Petitioner-Appellant,

versus

FREDRICK MENIFEE,

                              Respondent-Appellee.

--------------------
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 1:05-CV-1378
--------------------

Before JOLLY, DeMOSS, and STEWART, Circuit Judges.

PER CURIAM:[*]

    Anthony Leon Greenhill, federal prisoner # 56411-097,
appeals the dismissal of his petition filed pursuant to 28 U.S.C.
§ 2241.  Greenhill's claim that the Bureau of Prison's refusal to
transfer him to a prison in the jurisdiction of his criminal
conviction violated his due process rights is not cognizable
under § 2241 because prisoners lack a constitutionally protected
interest in where they are incarcerated.  See Olim v. Wakinekona,
461 U.S. 238 (1983).  The district court correctly determined
that it lacked jurisdiction to review the denial of Greenhill's

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

28 U.S.C. § 2255 motion by the United States District Court for the Eastern District of California.  <u>See</u> 28 U.S.C. § 2255 ¶ 1.

AFFIRMED.